FILED
CLERK, U.S. DISTRICT COURT
1/27/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00039-SVW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2113(a): Bank Robbery; 18 U.S.C. §§ 981(a)(1)(C), 924, 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| CODY CAMRIN, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 2113(a)]

On or about January 4, 2023, in Los Angeles County, within the Central District of California, defendant CODY CAMRIN, by force and violence, and by intimidation, knowingly took from the person and presence of another approximately $2,000 belonging to, and in the care, custody, control, management, and possession of Chase Bank, located at 5200 East 2nd Street, Long Beach, California, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

FORFEITURE ALLEGATION

[18 U.S.C. §§ 981(a)(1)(C) and 924, and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to such offense;

(b) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has

been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                              /S/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Deputy Chief, General Crimes Section

HAVA MIRELL
Assistant United States Attorney
Violent and Organized Crimes Section