UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:23-cr-00039-SVW |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** |
| vs. | ) Today's Date: |
| Cody Camrin, | ) Time: 1:40 |
| Defendant(s). | ) |

__X__   THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

SIGNED:__ **REDACTED**

FOREPERSON OF THE JURY