FILED
CLERK, U.S. DISTRICT COURT

MAY 1 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:23-cr-00039-SVW |
| Plaintiff | VERDICT |
| vs. | |
| Cody Camrin | |
| Defendant. | |

WE THE JURY, in the above entitled action find the defendant

_____ Guilty      ____X____ Not Guilty

of Bank Robbery as charged in Count One of the Indictment.

DATE: 5/17/2023

**REDACTED**

FOREPERSON